IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF KENTUCKY (at Frankfort)

| | | |
|---|---|---|
| **ANDREW COOPERRIDER, et. al.** | : | **Case No.:** _____ |
| Plaintiffs | : | |
| v. | : | |
| **ANDREW BESHEAR, et. al.** | : | |
| Defendants | : | |

### ORDER GRANTING MOTION TO PROCEED ANONYMOUSLY

The three Grand Jurors may maintain their anonymity and proceed anonymously as John Does 1-3.

IT IS SO ORDERED:

_____