## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY (at Frankfort)

*Electronically Filed*

| | | |
|---|---|---|
| **ANDREW COOPERRIDER, et. al.** | : | Case No. |
| Plaintiffs | : | |
| v. | : | |
| **ANDREW BESHEAR**, *in his official capacity, et. al.* | : | |
| | : | |
| Defendants | | |

## ORDER GRANTING TEMPORARY RESTRAINING ORDER

Plaintiffs' Motion for Temporary Restraining Order is hereby GRANTED.  Defendants shall not enforce KRS 63.070 during the pendency of this matter, and the House Clerk shall not tax costs as provided in that section until this matter is heard on Plaintiffs' Motions for Preliminary Injunction.

IT IS SO ORDERED:

_____