**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY (at Frankfort)**
*Electronically Filed*

| | | |
|---|---|---|
| **ANDREW COOPERRIDER, et. al.** | : | Case No. |
| Plaintiffs | : | |
| v. | : | |
| **ANDREW BESHEAR**, *in his official capacity, et. al.* | : | |
| | : | |
| Defendants | | |

**ORDER GRANTING PRELIMINARY INJUNCTION**

Plaintiffs' Motion for Temporary Restraining Order is hereby GRANTED. Defendants shall not enforce KRS 63.070.

IT IS SO ORDERED:

_____