**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT FRANKFORT**

*Electronically Filed*

| | |
|---|---|
| **ANDREW COOPERRIDER,** *et al.,* | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   CASE NO. 3:21-cv-00012-GFVT ) |
| **ANDREW BESHEAR**, in his official capacity, *et al.,* | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF ENTRY OF APPEARANCE**

Please take notice that the undersigned, Amy D. Cubbage, hereby enters her appearance

on behalf of Andy Beshear, in his official capacity as Governor of the Commonwealth of

Kentucky, one of defendants in the matter styled above. Please direct all service on the Governor

to the address below the signature line.

> */s/Amy D. Cubbage*
> Amy D. Cubbage
> General Counsel
> Office of the Governor
> 700 Capitol Building, Suite 106
> Frankfort, Kentucky 40601
> Phone: 502-564-2611
> Amy.Cubbage@ky.gov
>
> *Counsel for the Governor*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2021 the foregoing Notice of Entry of Appearance was electronically filed with the Clerk of this Court and served to counsel of record via the Court's CM/ECF system. Parties may access the filing through the court's CM/ECF system.

> */s/Amy D. Cubbage*
> *Counsel for the Governor*