# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT FRANKFORT

*Electronically Filed*

| | |
|---|---|
| **ANDREW COOPERRIDER,** *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 3:21-cv-00012-GFVT ) |
| **ANDREW BESHEAR**, in his official capacity, *et al.*, | ) ) ) |
| Defendants. | ) |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that the undersigned, Marc G. Farris, hereby enters his appearance on behalf of Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky, one of defendants in the matter styled above. Please direct all service on the Governor to the address below the signature line.

/s/Marc G. Farris
Marc G. Farris
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, Kentucky 40601
Phone: 502-564-2611
marc.farris@ky.gov

*Counsel for the Governor*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021 the foregoing Notice of Entry of Appearance was electronically filed with the Clerk of this Court and served to counsel of record via the Court's CM/ECF system. Parties may access the filing through the court's CM/ECF system.

/s/*Marc G. Farris*
Marc G. Farris