AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | | |
|---|---|---|
| Andrew Cooperrider, et. al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   3:21-cv-12 GFVT |
| Andrew Beshear, et. al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Andrew Beshear, Governor
700 Capitol Ave, Suite 100
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher Wiest
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   3/15/2021

*Signature of Clerk or Deputy Clerk*

cbd

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Andrew Beshear

was received by me on *(date)* 3/15/21 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Served under K. Rule 4.01 on Attorney General - See attached - 3/15/2021

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/16/21

_____
Server's signature

Christopher Wiest, Attorney
Printed name and title

25 Town Center Blvd, St. 104, Crestview Hills KY 41017
Server's address

Additional information regarding attempted service, etc:

**chris@cwiestlaw.com**

| | |
|---|---|
| **From:** | Bowman, Selina R (KYOAG) <Selina.Bowman@ky.gov> on behalf of ServetheCommonwealth <ServetheCommonwealth@ky.gov> |
| **Sent:** | Monday, March 15, 2021 2:58 PM |
| **To:** | chris@cwiestlaw.com |
| **Subject:** | RE: Service of civil complaint upon Governor Andrew Beshear |
| **Attachments:** | 2021.03.15 Gov 21-cv-12 Summons.pdf |

Mr. Wiest –

After review of the documents submitted, this message will acknowledge receipt of the complaint and summons in United States District Court for the Eastern District of Kentucky Case # 21-cv-12. The Office of the Attorney General hereby confirms acceptance of service of process on March 15, 2021 by electronic means.

*Selina R. Bowman* | Paralegal | Office of Civil & Environmental Law
Kentucky Office of Attorney General | 700 Capital Avenue | Suite 118 | Frankfort, KY 40601
Phone 502-696-5434 | Fax 502-564-2894 | Selina.Bowman@ky.gov

---

**From:** chris@cwiestlaw.com <chris@cwiestlaw.com>
**Sent:** Monday, March 15, 2021 2:28 PM
**To:** ServetheCommonwealth <ServetheCommonwealth@ky.gov>
**Cc:** Whites, Anna <AnnaWhites@aol.com>; 'Tom B. Bruns' <tbruns@bcvalaw.com>; zg@zgottesmanlaw.com
**Subject:** Service of civil complaint upon Governor Andrew Beshear

> **\*\*CAUTION\*\*** PDF attachments may contain links to malicious sites. Please contact the COT Service Desk ServiceCorrespondence@ky.gov for any assistance.

Please find attached the Complaint, Summons, and associated documents for initial service upon Governor Andrew Beshear.

Sincerely,


Christopher Wiest
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
513-257-1895 (v)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | | |
|---|---|---|
| Andrew Cooperrider, et. al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:21-cv-12 GFVT |
| Andrew Beshear, et. al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Melissa Bybee-Fields
Clerk, Kentucky House of Representatives
700 Capital Ave.
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher Wiest
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/15/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*   cbd

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Melissa Bybee-Fields__

was received by me on *(date)* __3/15/21__ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Served return receipt requested, overnight - Received of Served 3/16/21

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/16/21__

_____
Server's signature

Christopher Wiest
Printed name and title

25 Town Center Blvd, St. 104
Crestview Hills, KY 41017
Server's address

Additional information regarding attempted service, etc:

**chris@cwiestlaw.com**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Tuesday, March 16, 2021 11:36 AM |
| **To:** | chris@cwiestlaw.com |
| **Subject:** | USPS® Item Delivered EJ598690782US |

Hello **Chris Wiest**,

Your item was delivered at 9:16 am on March 16, 2021 in FRANKFORT, KY 40601 to LEG RESEARCH COMM. The item was signed for by B HOWARD.

Tracking Number: **EJ598690782US**



**Delivered**

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.

1

Download USPS Mobile®



USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2017. All rights reserved.

2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| Andrew Cooperrider, et. al. ) ) ) ) *Plaintiff(s)* ) v. ) Andrew Beshear, et. al. ) ) ) ) *Defendant(s)* ) | Civil Action No.  3:21-cv-12 GFVT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kentucky Attorney General
700 Capital Ave., Ste. 118
Frankfort, KY 40601
(served only for purposes of KRS 418.075 – not a party)
on behalf of Governor Beshear and Clerk Melissa Bybee-Fields

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher Wiest
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/15/2021

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Daniel Cameron (CRS 418.075)
was received by me on *(date)* 3/15/21 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served under by Rule 4.01 on AGO - See attached
3/15/21

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/16/21

_____
Server's signature

Christopher Wiest
Printed name and title

25 Town Center Blvd St. 104
Crestview Hills, KY 41017
Server's address

Additional information regarding attempted service, etc:

**chris@cwiestlaw.com**

| | |
|---|---|
| **From:** | Bowman, Selina R (KYOAG) <Selina.Bowman@ky.gov> on behalf of ServetheCommonwealth <ServetheCommonwealth@ky.gov> |
| **Sent:** | Monday, March 15, 2021 3:10 PM |
| **To:** | chris@cwiestlaw.com; ServetheCommonwealth |
| **Cc:** | Whites, Anna; zg@zgottesmanlaw.com; 'Tom B. Bruns' |
| **Subject:** | RE: Service of notice of constitutional challenge to KRS 63.070 |

Mr. Wiest –

After review of the documents submitted, this message will acknowledge receipt of the notice of constitutional challenge to KRS 63.070 in Cooperrider, Andrew, *et al* v. Beshear, Andrew, *et al* Case No. 21-cv-12. The Office of the Attorney General hereby confirms acceptance of service on March 15, 2021 by electronic means. Thank you!

*Selina R. Bowman* | Paralegal | Office of Civil & Environmental Law
Kentucky Office of Attorney General | 700 Capital Avenue | Suite 118 | Frankfort, KY 40601
Phone 502-696-5434 | Fax 502-564-2894 | Selina.Bowman@ky.gov

---

**From:** chris@cwiestlaw.com <chris@cwiestlaw.com>
**Sent:** Monday, March 15, 2021 2:29 PM
**To:** ServetheCommonwealth <ServetheCommonwealth@ky.gov>
**Cc:** Whites, Anna <AnnaWhites@aol.com>; zg@zgottesmanlaw.com; 'Tom B. Bruns' <tbruns@bcvalaw.com>
**Subject:** Service of notice of constitutional challenge to KRS 63.070

> **\*\*CAUTION\*\*** PDF attachments may contain links to malicious sites. Please contact the COT Service Desk ServiceCorrespondence@ky.gov **for any assistance.**

Please find attached the Complaint, Summons, and associated documents for initial service related to the constitutional challenge to KRS 63.070.

Christopher Wiest
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
513-257-1895 (v)

1