UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| ANDREW COOPERRIDER, et al., | ) |
| | ) Civil No. 3:21-cv-00012-GFVT |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| ANDREW BESHEAR, in his official capacity, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS

Please take notice that Thomas B. Bruns of the law firm of Bruns, Connell, Vollmar & Armstrong, LLC, hereby enters his appearance as co-counsel on behalf of Plaintiffs. Please deliver or serve a copy of all future pleadings and documents to the address and email listed below.

Respectfully submitted,

*/s/Thomas B. Bruns*
Thomas B. Bruns (84985)
Bruns, Connell, Vollmar & Armstrong, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45241
Phone: 513-312-9890
Fax:   513-800-1263
tbruns@bcvalaw.com
Co-Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

This is to certify a true copy of the foregoing has been served electronically on March 17, 2021 to all parties via the Court's CM/ECF system.

*/s/Thomas B. Bruns*
Thomas B. Bruns (84985)