UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION - FRANKFORT
CIVIL MINUTES - SCHEDULING CONFERENCE

CASE NO. 3:21-cv-12-GFVT          AT: Lexington          DATE: March 24, 2021

STYLE: ANDREW COOPERRIDER, ET AL V. ANDREW BESHEAR, ET AL

PRESENT: HON. _____, U.S. DISTRICT JUDGE
                GREGORY F. VAN TATENHOVE

Attorney Present For Plaintiffs:            Christopher David Wiest
    Tony Wheatley                           Thomas B. Bruns
    Jacob Clark

Attorney Present For Plaintiffs:            Anna S. Whites
    Kevin Glowgower
    Carol Van Winkle and
    Michael Van Winkle

Attorney Present for Defendant:             Taylor Payne Amy
    Andrew Beshear                          Marc Griffin Farris

Court Reporter: Sandy Wilder                Courtroom Deputy: Mary Jane Younce

## PROCEEDINGS: SCHEDULING CONFERENCE

The above matter was called for a scheduling conference to discuss a briefing schedule for this case. Counsel was present as noted above. The Court having heard counsel and being duly advised, hereby ORDERS as follows.

1. Counsel shall follow the joint local rules as it relates to the pending motions. If either counsel needs more time they may file a motion for extension of time.

2. A telephone conference shall be scheduled by subsequent order.

This the 24th day of March 2021.

cc: COR,
Initials of Deputy Clerk: MJY
TIC: 0/10