UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| ANDREW COOPERRIDER, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CASE NO. 3:21-cv-00012-GFVT |
| ) | |
| ) | |
| ANDREW BESHEAR, in his official ) | |
| capacity, *et al.* ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF ENTRY OF APPEARANCE**

Please take notice that the undersigned, Gregory A. Woosley, hereby enters his appearance as counsel of record on behalf of Melissa Bybee-Fields, in her official capacity as Clerk of the Kentucky House of Representatives, one of the defendants named in the above-styled matter. Please deliver or serve all future Orders, pleadings, documents, materials, and other papers to counsel at the address and email as indicated below.

Respectfully submitted:

/s/ Gregory A. Woosley
Gregory A. Woosley (91428)
General Counsel
Legislative Research Commission
Capitol, Room 300
700 Capitol Avenue
Frankfort, Kentucky  40601
Telephone:    (502) 564-8100
Fax:                (502) 564-6543
Email:            greg.woosley@lrc.ky.gov

*Counsel for Defendant,*
*Melissa Bybee-Fields*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 6, 2021, a copy of the foregoing Notice of Entry of Appearance was filed electronically with the Clerk of this Court. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties or their counsel indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

                                     /s/ Gregory A. Woosley_____
                                     Gregory A. Woosley