IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF KENTUCKY (at Frankfort)

**ANDREW COOPERRIDER, et. al.**         :        Case No.: 3:21-cv-00012

    **Plaintiffs**                                              :

**v.**                                                            :

**ANDREW BESHEAR, et. al.**               :

    **Defendants**                                         :

**AGREED ORDER BETWEEN PLAINTIFFS AND DEFENDANT
MELISSA BYBEE-FIELDS**

Plaintiffs, and Defendant Melissa Bybee-Fields, by and through Counsel, stipulate and agree as follows:

1. Defendant Melissa Bybee-Fields agrees that, until the conclusion of all litigation (including appeals) in this matter, she will not tax costs related to the impeachment petitions at issue in this case against any of the Plaintiffs in this case.

2. Defendant Melissa Bybee-Fields agrees that she, in her official capacity as Clerk of the Kentucky House of Representatives, will be bound by any final orders entered in this case (including after all appeals) related to the constitutional challenges raised in this matter, except as otherwise noted in this Agreed Order.

3. Defendant Melissa Bybee-Fields may, but need not, continue to participate in this matter, and may be excused at her election from any further participation by filing notice with the Court of her desire to do so.

4. Defendant Melissa Bybee-Fields reserves all defenses and immunities, except as to the undertakings expressly contained in this Agreed Order.

5. In the event that this Agreed Order is not approved by the Court, Defendant Melissa Bybee-Fields shall have 14 days to move, answer, or otherwise plead, and Plaintiffs agree that she may raise any and all defenses and immunities by pre-Answer motion in that event.

6. Plaintiffs agree that, in consideration of the foregoing, and regardless of the final orders entered in this case, Plaintiffs will not seek to be declared "prevailing parties" as to Defendant Melissa Bybee-Fields, and Plaintiffs will not seek to tax costs or attorney fees against Defendant Melissa Bybee-Fields, or any member of the Kentucky House of Representatives or any of its committees, under 42 U.S.C. 1988 or under any other statutory or common law. Nothing in this paragraph shall be construed as a waiver by Plaintiffs to seek prevailing party status, or a waiver by Plaintiffs to tax costs or attorney fees against Defendant Governor Andrew Beshear, Plaintiffs reserving all their rights to do so as to Governor Beshear if they prevail.

IT IS SO ORDERED:

_____
Judge Gregory Van Tatenhove

Have Seen and Agree:

| /s/Greg Woosley | /s/Christopher Wiest | /s/Anna Whites_____ |
| *Counsel for Defendant* | *Counsel for the Beshear* | *Counsel for the Goforth and* |
| *Melissa Bybee-Fields* | *Petitioner Plaintiffs* | *Cameron Petitioner Plaintiffs* |

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing upon all parties or their counsel by filing same in the Court's CM/ECF system this 6 day of April, 2021.

/s/Christopher Wiest