**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT**

*Electronically Filed*

| | |
|---|---|
| **ANDREW COOPERRIDER,** *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )   CASE NO. 3:21-cv-00012-GFVT ) |
| **ANDY BESHEAR**, in his official capacity as Governor of the Commonwealth of Kentucky, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**MOTION TO DISMISS**

Comes now, Governor Andy Beshear, by and through counsel, and hereby moves to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1) & (6) for lack of subject matter jurisdiction and failure to state a claim. A memorandum of law and proposed order are attached.

/s/Taylor Payne
Amy Cubbage
General Counsel
S. Travis Mayo
Chief Deputy General Counsel
Taylor Payne
Marc Farris
Laura C. Tipton
Deputies General Counsel
Office of the Governor
700 Capitol Building, Suite 106
Frankfort, Kentucky 40601
Phone: 502-564-2611
Amy.Cubbage@ky.gov
Travis.Mayo@ky.gov
Taylor.Payne@ky.gov
Marc.Farris@ky.gov
LauraC.Tipton@ky.gov

*Counsel for the Governor*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2021 the foregoing Motion was electronically filed with the Clerk of this Court and served to counsel of record via the Court's CM/ECF system. Parties may access the filing through the court's CM/ECF system.

                                          /s/*Taylor Payne*
                                          *Counsel for the Governor*