# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION AT FRANKFORT

*Electronically Filed*

| | | |
|---|---|---|
| **ANDREW COOPERRIDER,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:21-cv-00012-GFVT |
| | ) | |
| **ANDY BESHEAR**, in his official capacity as Governor of the Commonwealth of Kentucky, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED ORDER

This matter having come before the Court on the Motion to Dismiss filed by Governor Andy Beshear, and the Court having reviewed the Motion and being sufficiently advised, it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED**. This action is hereby **DISMISSED WITH PREJUDICE.**

_____
Gregory F. Van Tatenhove
U.S. District Judge, Eastern District of Kentucky