# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY (at Frankfort)

*Electronically Filed*

| | | |
|---|---|---|
| **ANDREW COOPERRIDER, et. al.** | : | Case No. 3:21-CV-00012 |
| Plaintiffs | : | |
| v. | : | |
| **ANDREW BESHEAR**, *in his official capacity, et. al.* | : | |
| | : | |
| Defendants | | |

## PLAINTIFFS' MOTION FOR A EXTENSION OF PAGE LIMITS FOR THEIR REPLY

Plaintiffs, by and through Counsel, move this Court to extend the page limits for their Reply to the Governor's Response in Opposition to the Preliminary Injunction, from the 15-page limit in L.R. 7.1(d), to 17 pages. The grounds for this motion are as follows:

1. The Defendants set forth a Opposition that raises a number of jurisprudential and other grounds, including abstention issues. This has necessitated a few extra pages for the Reply. While the Plaintiffs have attempted to be succinct, they require the two additional pages to fully respond. The local rules in this District are for the usual case, and this limit is appropriate for the usual case, but this Reply, legally and factually, necessitated a couple more pages.

A Proposed Order is attached.

Respectfully Submitted,

/s/Christopher Wiest  
Christopher Wiest (KBA 90725)  
25 Town Center Blvd, Ste. 104  
Crestview Hills, KY 41017  
chris@cwiestlaw.com  
513.257.1895

/s/Anna Whites  
Anna Whites  
327 Logan Street  
Frankfort, KY 40601  
annawhites@aol.com  
502.229.1063  
*Counsel for the Cameron and Goforth Petitioners*

/s/Thomas Bruns_____
Thomas Bruns (KBA 84985)
Bruns Connell Vollmar Armstrong, LLC
4750 Ashwood Drive, STE 200
Cincinnati, OH 45241
tbruns@bcvalaw.com
513.312.9890

/s/Zach Gottesman_____
Zach Gottesman (86288)
404 East 12 St., First Floor
Cincinnati, OH 45202
zg@zgottesmanlaw.com
*Counsel for the Beshear Petitioners*

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing via the Court's CM/ECF system, which will provide notice to all counsel or parties of record this 16 day of April, 2021.

/s/ Christopher Wiest_____