# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY (at Frankfort)

*Electronically Filed*

| | | |
|---|---|---|
| **ANDREW COOPERRIDER, et. al.** | : | Case No. 3:21-CV-00012 |
| Plaintiffs | : | |
| v. | : | |
| **ANDREW BESHEAR**, *in his official capacity, et. al.* | : | |
| | : | |
| Defendants | | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiffs, pursuant to L.R. 7.1(d), are permitted to file a Reply in support of their Motion for Preliminary Injunction, with 17 pages.

IT IS SO ORDERED:

_____

Judge Van Tatenhove