UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| ANDREW COOPERRIDER, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> ANDREW BESHEAR, *in his official* ) <br> *capacity*, *et al.*, ) <br> ) <br> Defendants. | Civil No. 3:21-cv-00012-GFVT <br><br> **ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court upon Plaintiffs' Motion for Leave to File Excess Pages. [R. 19.]  Plaintiffs' motion is filed contemporaneously with their Reply [R. 20] to Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction [R. 15; R. 3].  In support, Plaintiffs state that this case is not a "usual case" and that two additional pages are needed to fully respond to Defendants' arguments.

The Court finds the request for excess pages to be reasonable.  Based upon a review of the Response, it is clear that this case involves complex issues of law.  Accordingly, and the Court being sufficiently advised, Plaintiffs' Motion for Leave to Exceed Page Limitation [**R. 19**] is **GRANTED**.

This the 19th day of April, 2021.



Gregory F. Van Tatenhove
United States District Judge