UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

|  |  |  |
|---|---|---|
| ANDREW COOPERRIDER, *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | Civil No. 3:21-cv-00012-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| ANDREW BESHEAR, in his official | ) | **ORDER** |
| capacity, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on a Proposed Agreed Order Between Plaintiffs and Defendant Melissa Bybee-Fields. [R. 17.] On April 6, 2021, Plaintiffs and Defendant Melissa Bybee-Fields filed a Proposed Order [R. 17.] Among the proposed agreements, the following condition was included:

> 3. Defendant Melissa Bybee-Fields may, but need not, continue to participate in this matter, and may be excused at her election from any further participation by filing notice with the Court of her desire to do so.

If this condition is approved, Governor Beshear could become the sole Defendant in this matter at any time that Ms. Bybee-Fields elects. Nonetheless, Governor Beshear has not responded to Record 17. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that Governor Beshear **RESPOND** to [R. 17] within ten (10) days of the date of entrance of this Order. Within his Response, Governor Beshear should discuss whether he believes any of the proposed conditions therein may prejudice him as a Defendant.

This the 18th day of May, 2021.

Gregory F. Van Tatenhove
United States District Judge