## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION AT FRANKFORT

*Electronically Filed*

| | |
|---|---|
| **ANDREW COOPERRIDER**, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   CASE NO. 3:21-cv-00012-GFVT<br>) |
| **ANDY BESHEAR**, in his official capacity as Governor of the Commonwealth of Kentucky, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## RESPONSE TO PROPOSED AGREED ORDER

Comes now, Governor Andy Beshear, in his official capacity, by and through counsel, and submits this Response to the Proposed Agreed Order (R. 17) submitted by Plaintiffs and Defendant Melissa Bybee-Fields, Clerk of the Kentucky House of Representatives, per this Court's May 18, 2021, Order (R. 24). In response as to whether the Proposed Agreed Order may prejudice him as a Defendant, the Governor states as follows:

Three provisions of the Proposed Agreed Order impact, or potentially impact, the Governor. In numbers 1, 3 and 6, Plaintiffs and Defendant Bybee-Fields (the "House Clerk") have proposed an agreement whereby the House Clerk will not tax costs related to the impeachment petitions until the conclusion of this litigation, allow the House Clerk to be excused from participating in this case at her election, and Plaintiffs will not seek costs or fees against the House Clerk. The remaining provisions do not affect the Governor.

The Governor will not be prejudiced by the House Clerk's agreement to not tax costs related to the impeachment petitions until the conclusion of this litigation. The agreement

reinforces the Governor's position: he does not enforce or act pursuant to the impeachment proceedings statutes. The decision to tax costs incurred during an impeachment proceeding is a purely legislative function. Seeking collection of those costs is a function of the entity imposing the tax. Because the Governor cannot otherwise tax or collect these costs, he faces no prejudice by this agreement.

The Governor will not be prejudiced by the House Clerks' ability to decide whether to participate in this action. To be clear, it is the Governor's position that the House Clerk is an indispensable party to litigate whether the taxing of costs under KRS 63.070 violates the First Amendment on its face since the House Clerk, and only the House Clerk, may tax those costs. Moreover, as to an as applied challenge, the House Clerk would be necessary as the only public official capable of taxing costs under KRS 63.070. Thus, in the Governor's view, the proposed agreement would deprive this Court of jurisdiction to decide any of the claims, not just the claims asserted against the Governor. Additionally, the House Clerk, not the Governor, would possess any potential pertinent information regarding the procedure and decisions resulting in the bill of costs sent to Plaintiffs.

Finally, the proposed agreement to seek costs against the Governor, rather than the House Clerk, will prejudice the Governor. The Governor maintains no control over the actions of the House Clerk, including the taxing of costs under KRS 63.070. If the taxing of costs caused redressable injury to Plaintiffs, the agreement purports to relieve the public official taking those actions from any recoverable costs.

The proposed agreement reflects Plaintiffs' singular goal to seek relief against the Governor for actions taken by others. To be sure, even under Plaintiffs' theory that the Governor may collect taxes imposed by the House Clerk, Plaintiffs failed to name many indispensable

parties. They failed to name either the Attorney General or Representative Goforth. They also failed to name the witnesses the 2021 R.S. House Impeachment Committee called to testify, both of whom, under Plaintiffs' theory, could collect the costs taxed by the House Clerk.

*/s/Taylor Payne*
Amy D. Cubbage
General Counsel
S. Travis Mayo
Chief Deputy General Counsel
Taylor Payne
Marc Farris
Laura C. Tipton
Deputies General Counsel
Office of the Governor
700 Capitol Building, Suite 106
Frankfort, Kentucky 40601
Phone: 502-564-2611
Amy.Cubbage@ky.gov
Travis.Mayo@ky.gov
Taylor.Payne@ky.gov
Marc.Farris@ky.gov
LauraC.Tipton@ky.gov

*Counsel for the Governor*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2021 the foregoing Reply was electronically filed with the Clerk of this Court and served to counsel of record via the Court's CM/ECF system. Parties may access the filing through the court's CM/ECF system.

*/s/Taylor Payne*
*Counsel for the Governor*

3