UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| ANDREW COOPERRIDER, *et al.*, | ) ) ) | |
| Plaintiffs | ) ) | Civil No. 3:21-cv-00012-GFVT |
| V. | ) ) ) | |
| ANDREW BESHEAR, in his official capacity, *et al.*, | ) ) ) ) | **ORDER** |
| Defendants. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on a Proposed Agreed Order Between Plaintiffs and Defendant Melissa Bybee-Fields. [R. 17.] Upon review, the Court declines to accept every agreed term but **ORDERS** as follows:

1. Parties' Proposed Agreed Order [R. 17] is **GRANTED AND DENIED IN PART**;

2. Defendant Melissa Bybee-Fields **SHALL NOT** tax costs related to the impeachment petitions at issue in this case against any of the Plaintiffs until the conclusion of all litigation (including appeals).

3. Defendant Melissa Bybee-Fields is **BOUND** in her official capacity as Clerk of the Kentucky House of Representatives by any final orders entered in this case (including after all appeals) related to the constitutional challenges raised in this matter;

4. Defendant Melissa Bybee-Fields **RESERVES** all defenses and immunities, except as to the undertakings expressly contained in this Agreed Order;

5. Plaintiffs **SHALL NOT** seek to be declared "prevailing parties" as to Defendant Melissa Bybee-Fields, and Plaintiffs will not seek to tax costs or attorney fees against Defendant

Melissa Bybee-Fields, or any member of the Kentucky House of Representatives or any of its committees, under 42 U.S.C. 1988 or under any other statutory or common law.

6. Defendant Melissa Bybee-Fields **SHALL** have fourteen days from the date of entrance of this Order to move, answer, or other plead, and Plaintiffs agree that she may raise any and all defenses and immunities by pre-Answer motion.

This the 17th day of December, 2021.

Gregory F. Van Tatenhove
United States District Judge