UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| ANDREW COOPERRIDER, *et al.*, | ) | |
| Plaintiffs | ) ) ) | Civil No. 3:21-cv-00012-GFVT |
| V. | ) ) | |
| MELISSA BYBEE-FIELDS, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own Motion. On December 20, 2021, the Court ordered Ms. Fields to move, answer, or otherwise plead to Plaintiff's Motion for Preliminary Injunction [R. 3] within fourteen days. [R. 28.] But more than three weeks have since passed, and Ms. Fields has failed to comply with the Court's Order. Accordingly, Ms. Fields shall **SHOW CAUSE** within three days as to why she has failed to move, answer, or otherwise plead.

This the 12th day of January, 2022.

Gregory F. Van Tatenhove
United States District Judge