UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| ANDREW COOPERRIDER, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CASE NO. 3:21-cv-00012-GFVT |
| ) | |
| ANDREW BESHEAR, in his official ) | |
| capacity, *et al.* ) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO ORDER TO SHOW CAUSE**

The Defendant, Melissa Bybee-Fields, by counsel, hereby responds to the Court's Order to Show Cause as to why she has failed to move, answer, or otherwise plead, and states as follows:

1. Ms. Fields serves in her official capacity as the Clerk of the Commonwealth of Kentucky's House of Representatives and Ms. Fields and other key staff members of the House of Representatives were otherwise engaged in the beginning of the General Assembly's 2022 Regular Session;

2. Counsel for Ms. Fields had a family medical issue that required his attention and that prevented him from both discussing the matter at length with Ms. Fields and other key staff members of the House of Representatives and from drafting and filing a pleading on her behalf; and

3. Ms. Fields will contemporaneously file her Answer with this Response.

Respectfully submitted:

/s/ Greg Woosley_____
Gregory A. Woosley (91428)
General Counsel
Legislative Research Commission
Capitol, Room 300
700 Capitol Avenue
Frankfort, Kentucky 40601
Telephone:   (502) 564-8100
Fax:              (502) 564-6543
Email:          greg.woosley@lrc.ky.gov

*Counsel for Defendant,*
*Melissa Bybee-Fields*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, a copy of the foregoing Response to Order to Show Cause was filed electronically with the Clerk of this Court. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties or their counsel indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

/s/ Greg Woosley_____
Gregory A. Woosley