UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

|  |  |  |
|---|---|---|
| ANDREW COOPERRIDER, *et al.*, | ) | |
| Plaintiffs | ) | Civil No. 3:21-cv-00012-GFVT |
| V. | ) | |
| MELISSA BYBEE-FIELDS | ) | **ORDER** |
| Defendant. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the Court's own Motion. On March 15, 2021, Plaintiffs in this matter filed an "Emergency Motion" for Preliminary Injunction against Melissa Bybee-Fields, the Clerk of the Kentucky House of Representatives, and Kentucky Governor Andrew Beshear. [R. 3.] In their Motion, Plaintiffs contend that, unless a preliminary injunction is granted, they will be forced to pay thousands of dollars in fees for having unsuccessfully sought the impeachment of various state officials. *See id.* But, despite their request for urgent Court action, Plaintiffs perplexingly filed a proposed agreed order in which they agreed to permit Defendant Bybee-Fields the choice to not participate in this matter upon her desire to do so. [R. 17 at 1.] *See id.* And, per their proposed agreed order (which the Court later denied in part), Ms. Bybee-Fields failed to answer Plaintiffs' Complaint or respond to Plaintiff's Emergency Motion pursuant to the timeframe set in the Local Rules.

Later, in December 2021, Governor Beshear was dismissed from this action because the Court determined Plaintiffs' claims against him were not ripe. [R. 37.] Upon Governor Beshear's dismissal, as the only Defendant remaining, Ms. Bybee-Fields was ordered to answer,

plead, or otherwise respond to the pending components of this litigation. *Id.* But, upon her failure to comply within the time provided by the Court, a show cause order was entered. [R. 29.] Now, by way of a two-paragraph explanation, Ms. Bybee-Fields states that she did not comply with the Court's order because she has been "otherwise engaged in the beginning of the General Assembly's 2022 Regular Session."[1] [R. 30 at 1.] And, although Ms. Bybee-Fields has finally provided an answer in this matter, she has yet to file a response to Plaintiff's "Emergency Motion."[2] [R. 3.] As such, this litigation has stalled. But Ms. Bybee-Fields is not the only party to blame for this stall. Review of the docket indicates that, upon Governor Beshear's dismissal, Plaintiffs appear to have lost interest in this matter. This newly-become-weak prosecution is demonstrated by their failure to request Ms. Bybee-Fields's participation and their lack of filings related to Ms. Bybee-Fields's failure to comply with the Court's order to answer, plead, or otherwise response.

Ultimately, the Court expects more from counsel practicing in federal court. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Defendant Bybee-Fields **SHALL RESPOND** to Plaintiff's Emergency Motion [R. 3] within thirty days of the date of the entrance of this Order. Without a response, the Court will resolve the Motion unilaterally;

---

[1] The Court notes Ms. Bybee-Fields counsel's assertion that he was experiencing a family medical issue as well. Nonetheless, the Court was not provided notice of the issue until after it ordered Defendant to show cause, nor was an extension of time sought.

[2] While Ms. Bybee-Fields's counsel has contacted Chambers by phone to indicate that this matter is being settled, no indication of settlement has been filed in the Record. It is highly inappropriate to call the chambers of a federal court and provide *ex parte*, unrequested information about the negotiation process occurring between the parties of a dispute pending before the Court.

2. If Plaintiffs no longer wish to prosecute this matter, as their lack of prosecution currently indicates, they are **ORDERED** to file a notice of dismissal;

3. Parties are **ORDERED** to file a status report as to the status of settlement in this matter within seven days;

4. The Court's Show Cause Order [R. 29] is **DISCHARGED.**

This the 21st day of January, 2022.

Gregory F. Van Tatenhove
United States District Judge

3