**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY (at Frankfort)**
*Electronically Filed*

| | | |
|---|---|---|
| **ANDREW COOPERRIDER, et. al.** | : | Case No. 3:21-CV-00012 |
| Plaintiffs | : | |
| v. | : | |
| **ANDREW BESHEAR**, *in his official capacity, et. al.* | : | |
| | : | |
| Defendants | | |

## PLAINTIFFS' STATEMENT IN RESPONSE TO THIS COURT'S JANUARY 21, 2022 ORDER

Plaintiffs, Andrew Cooperrider, Tony Wheatley, Jacob Clark, Kevin Glowgower, Carol VanWinkle, and Michael VanWinkle, by and through their respective Counsel, respond briefly to this Court's January 21, 2022 Order [DE#32], to make clear their intention to continue to prosecute this matter. As an aside, when Plaintiffs filed this matter, the need for emergency, expedited relief was patent, and so they moved for such relief on March 15, 2021. [DE#3].

The Court takes issue [DE#32] with the Plaintiffs for filing for emergency relief in light of a subsequent agreement entered into between them and Ms. Melissa Bybee-Fields on April 6, 2021. [DE#17]. That April 6, 2021 agreement obviated the need for *emergency* injunctive relief (but not the need for preliminary injunctive relief). But, the March 15, 2021 relief was an emergency matter when it was filed. And the agreement did not come until a few weeks later, when it was filed with the Court.

For the record, Counsel for Defendant, Melissa Bybee-Fields, and *prior* to the expiration of this Court's 10-day deadline in the December 20, 2021 order, contacted both of the undersigned, indicated he had a personal family medical emergency, as well as the General Assembly beginning its session and requested our consent to an extension. In light of our

1

general practice to afford professional courtesy to opposing Counsel, we informed him that we did not oppose, and consented to, such relief in light of the circumstances, but also told him he would need to file a motion with the Court.

The Court has expressed exasperation with the undersigned and Plaintiffs for not moving for relief when the Defendant missed this Court's deadlines. [DE#32]. But having already verbally consented to an extension with Mr. Woosley, we thought that moving for default, would be going back on the consent we had agreed to, and could be construed as bad faith. Beyond the construction of such action by third parties, we felt as if doing so would not be above board in light of such consent for an extension.

We apologize for any failings that has led to the Court's exasperation with the undersigned. In light of the paucity of filings in the record in response to the Court's orders by the Plaintiffs, we understand how the Court might have been left with the impression that Plaintiffs were not being diligent. But we wish to clarify for the Court that this was not the case. We (perhaps in light of the Court's frustration – incorrectly) did not discern any filing obligations on the Plaintiffs in such orders.

We will, consistent with the Court's order, respond with the Joint Status Report regarding settlement ordered by the Court (or a unilateral status report if we cannot obtain the consent of Mr. Woosley to that report) by the January 31, 2022 deadline.

We apologize to the Court for any failings on the part of the undersigned.

                                                  Respectfully Submitted,

/s/Christopher Wiest                     /s/Anna Whites
Christopher Wiest (KBA 90725)       Anna Whites
25 Town Center Blvd, Ste. 104        327 Logan Street
Crestview Hills, KY 41017            Frankfort, KY 40601
chris@cwiestlaw.com                 annawhites@aol.com
513.257.1895                             502.229.1063

|  |  |
|---|---|
| /s/Thomas Bruns_____<br>Thomas Bruns (KBA 84985)<br>Bruns Connell Vollmar Armstrong, LLC<br>4750 Ashwood Drive, STE 200<br>Cincinnati, OH 45241<br>tbruns@bcvalaw.com<br>513.312.9890 | *Counsel for the Cameron and Goforth Petitioners* |

/s/Zach Gottesman_____
Zach Gottesman (86288)
404 East 12 St., First Floor
Cincinnati, OH 45202
zg@zgottesmanlaw.com
*Counsel for the Beshear Petitioners*

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing via the Court's CM/ECF system, which will provide notice to all counsel or parties of record; I will also serve this motion on the opposing parties with the service of the Complaint and summons in this matter, this 27 day of January, 2022.

/s/ Christopher Wiest_____

3