UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| ANDREW COOPERRIDER, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CASE NO. 3:21-cv-00012-GFVT |
| ) | |
| ) | |
| ANDREW BESHEAR, in his official ) | |
| capacity, *et al.* ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT BY PLAINTIFFS AND DEFENDANT MELISSA BYBEE-FIELDS

Comes the Defendant Melissa Bybee-Fields and the Plaintiffs, by and through Counsel, and hereby submit this Joint Status Report, pursuant to the Court's Order entered on January 24, 2022. The parties jointly state as follows:

1. The parties have discussed on several occasions how to resolve this matter without further litigation; however, Defendant cannot unilaterally resolve this matter without the consent of the Kentucky House of Representatives, but logistical issues, including the pendency of the session, have left her unable, at present, to obtain that consent and thus, to date the parties have not reached agreement;

2. Absent such agreement, the Plaintiffs intend to prosecute their case against the Defendant and to resist the imposition of the impeachment costs against them as stated in their Complaint and in their Emergency Motion for Preliminary Injunction;

3. The Defendant has answered the Complaint and has reserved various defenses to the Plaintiffs' claims;

4. The Defendant has agreed to not take any further action regarding the imposition of costs prior to the conclusion of this litigation;

5. The parties jointly request the court hold this case in abeyance until the date established by the Court for the Defendant to Answer the Plaintiffs' Emergency Motion, in order to allow the parties, and specifically the Defendant, time to obtain the consent required to resolve this matter; and

6. At or prior to the expiration of the time established by the Court, the parties will either file an Agreed Order proposing settlement of this matter or the Defendant will respond to the Plaintiffs' Emergency Motion and the Plaintiffs will thereafter fully litigate this matter against the Defendant.

Respectfully submitted:

/s/ Greg Woosley
Gregory A. Woosley (91428)
General Counsel
Legislative Research Commission
Capitol, Room 300
700 Capitol Avenue
Frankfort, Kentucky 40601
Telephone: (502) 564-8100
Fax: (502) 564-6543
Email: greg.woosley@lrc.ky.gov

*Counsel for Defendant,*
*Melissa Bybee-Fields*

Have Seen and Agree:

/s/Christopher Wiest (with permission)
*Counsel for the Beshear*
*Petitioner Plaintiffs*

/s/Anna Whites (with permission)
*Counsel for the Goforth and*
*Cameron Petitioner Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2022, a copy of the foregoing Joint Status Report was filed electronically with the Clerk of this Court. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties or their counsel indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

      /s/ Greg Woosley_____
      Gregory A. Woosley