## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY (at Frankfort)
*Electronically Filed*

| | | |
|---|---|---|
| **ANDREW COOPERRIDER, et. al.** | : | Case No. 3:21-CV-00012 |
| Plaintiffs | : | |
| v. | : | |
| **ANDREW BESHEAR**, *in his official capacity, et. al.* | : | |
| | : | |
| Defendants | | |

## AGREED ORDER SETTLING AND RESOLVING CLAIMS BETWEEN CERTAIN OF THE PLAINTIFFS AND THE REMAINING DEFENDANT

Plaintiffs, Andrew Cooperrider, Tony Wheatley, and Jacob Clark, on the one hand, and Defendant Melissa Bybee-Fields, on the other, by and through their respective Counsel, agree as follows:

1. Defendant Melissa Bybee-Fields agrees and the Court orders that she will not tax costs against Andrew Cooperrider, Tony Wheatley, and Jacob Clark, under KRS 63.070 or otherwise, in connection with their respective 2020/2021 impeachment petitions, which were brought in good faith; she makes this agreement without any concession as to the merits of the petitions or any admission of liability.

2. In exchange, the claims that have been asserted by Andrew Cooperrider, Tony Wheatley, and Jacob Clark against Melissa Bybee-Fields are dismissed and withdrawn, with the Court retaining jurisdiction to enforce this agreement.

3. In exchange, Andrew Cooperrider, Tony Wheatley, and Jacob Clark agree they will not assert they are prevailing parties in this matter or seek attorney's fees as to Defendant Melissa Bybee-Fields, and each party will bear their own costs; this agreement to supersede all prior agreements.

4.  This agreed order does not affect, and is not applicable to claims by Plaintiffs Kevin

Glowgower, Carol VanWinkle, and Michael VanWinkle, which remain pending.

IT IS SO ORDERED:

_____

Have seen and agree:

/s/Christopher Wiest_____
Counsel for Plaintiffs Cooperrider,
Clark, and Wheatley

/s/Greg Woosley_____
Counsel for Defendant Melissa Bybee-Fields

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing upon Counsel of record via filing on
CM/ECF, this 22 day of February, 2022.

/s/Christopher Wiest_____
Counsel for Plaintiffs Cooperrider,
Clark, and Wheatley