**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY (at Frankfort)**
*Electronically Filed*

| | | |
|---|---|---|
| **COOPERRIDER, et. al.** | : | Case No. 3:21-CV-00012 |
| Plaintiffs | : | |
| v. | : | |
| **BESHEAR**, *et al.* | : | |
| Defendants | : | |

**AGREED ORDER HOLDING TAXING OF FINES AND COSTS AND THE REQUEST FOR INJUNCTIVE RELIEF IN ABEYANCE**

Come the parties, Defendant Melissa Bybee-Fields and Plaintiffs Kevin Glogower, as representative for the Breona Taylor Grand Jurors, and Mike and Carol VanWinkle, and hereby AGREE as follows:

1.  That Defendant Bybee-Fields agrees to hold taxing of fines or costs against Glogower/Grand Jurors and Mike and Carol VanWinkle in abeyance during the pendency of this action, through a final judgment on the matter.

2.  Plaintiffs Glogower/Grand Jurors and Mike and Carol VanWinkle agree to hold any request for injunctive relief against Defendant Bybee-Fields in abeyance unless or until there is a breach of paragraph (1) above.

3.  This agreed order does not address the potential liability of either party.

4.  This agreed order does not constitute an admission by either party.

5.  This agreed order does not apply to any other party in this matter.

IT IS SO ORDERED:

_____

Seen and Agreed to:

/s/ *Anna Stewart Whites*

_____
Anna Stewart Whites
ANNA WHITES LAW OFFICE PLLC
327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373 (office)
**Annawhites@aol.com**

*Attorney for Defendants Glogower/jurors/Mike and Carol Vanwinkle*

/s/ *Gregory A. Woosley*

_____
Gregory A. Woosley
General Counsel
Legislative Research Commission
Capitol, Room 300
700 Capitol Avenue
Frankfort, KY 40601
(502) 564-8100, ext. 731
Greg.woosley@lrc.ky.gov

*Attorney for Defendant, Melissa Bybee-Fields*

CERTIFICATE OF SERVICE:   This is to show that a true and correct copy of the foregoing was served on Defendants via the court's ECF/CMF system, this the 23rd day of February, 2022.

/s/ *Anna Stewart Whites*
_____