UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

|  |  |  |
|---|---|---|
| ANDREW COOPERRIDER, *et al.*, | ) ) ) | |
| Plaintiffs | ) ) | Civil No. 3:21-cv-00012-GFVT |
| V. | ) ) ) | |
| MELISSA BYBEE-FIELDS, | ) ) | **ORDER** |
| Defendant. | ) ) ) ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on Parties' Proposed Agreed Order [R. 35.] By agreement, Defendant Bybee-Fields agrees that "she will not tax costs against Andrew Cooperrider, Tony Wheatley, and Jacob Clark," but makes no "concession as to the merits of the petitions or any admission of liability." *Id.* In turn, Plaintiffs Cooperrider, Wheatley, and Clark agree to dismiss and withdraw their claims with each party to bear their own costs and for this agreement to supersede all prior agreements. *Id.* Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that Parties' Proposed Agreed Order [R. 35] is **GRANTED**, while the clams of Plaintiffs Glowgower and Carol and Michael VanWinkle remain pending.

This the 24th day of February, 2022.



Gregory F. Van Tatenhove
United States District Judge