**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT**

| | | |
|---|---|---|
| **COOPERRIDER, et al** | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | **Case No. 3:21-cv-00012-GFVT** |
| v. | ) | |
| | ) | |
| **BESHEAR, et al.** | ) | |
| | ) | |
| *Defendants*. | ) | |

_____

**REQUEST FOR FRCP 26 CONFERENCE AND SCHEDULING ORDER**

Come the Plaintiffs, Kevin Glogower as representative for the Breona Taylor Grand Jurors, and Mike and Carol VanWinkle, and ask the Court to schedule an FRCP 26 and set scheduling order in this matter.

In support of the request, Plaintiffs would show this Court as follows:

1. Plaintiffs Cooperrider, Wheatley and Clark have reached a settlement with Defendants in which Defendants have agreed not to charge those named Plaintiffs with any costs or fees and will permanently forego any such right and have submitted an Agreed Order so holding to this Court for approval.

2. Defendants have refused the same settlement to the similarly or identically situated Plaintiffs Glogower, the Breona Taylor Grand Jurors, and Mike and Carol Vanwinkle, and continue to assert the right to assess costs and fees against those Plaintiffs, such as gave rise to the allegations in the Complaint.

3. Defendants have no reasonable basis for the disparate treatment of the Plaintiffs, other than the partisan political party affiliation and political power of the released Plaintiffs versus the Plaintiffs who were not offered a settlement.

4. Plaintiffs, who are average citizens, have suffered for months under the fear of life-changing financial penalties being assessed against them for simply exercising their rights as citizens to express concern about misconduct of public political figures.

5. Defendants have failed and refused to settle this matter, so Plaintiffs continue to incur emotional and financial damages as a result of the claims against them. The unwarranted charges against them are part of the public record and such unpaid sums typically adversely impact the financial security of the alleged debtor and the reputation of the persons under threat of collection.

6. Defendants have agreed to hold any attempted collection of the costs and fees they claim are due from Glogower/the grand jurors/Vanwinkles in abeyance during the pendency of this action.

7. Plaintiffs Glogower and VanWinkle have agreed to hold any claims for injunctive relief in abeyance, with opportunity to refile that demand if appropriate, as long as Defendants comply with paragraph 3, above.

8. Plaintiffs request resumption of ordinary practice in this action, including scheduling a Rule 26 conference with counsel for Defendants, and an expedited timeframe to engage in limited discovery and briefing.

9. Plaintiffs request that this Court set a FRCP 26 conference for the parties.

10. That a hearing on the demand for declaratory judgment be scheduled by this Court after discovery and briefing is complete.

Respectfully Submitted,

/s/ *Anna Stewart Whites*

_____

Anna Stewart Whites
327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373 (office)
**Annawhites@aol.com**
*Attorney for Plaintiffs Glogower, et al, and VanWinkle*

CERTIFICATE OF SERVICE
This is to certify that the above document was served on Plaintiffs' counsel via the Courts CMF/ECF filing system, this the 24th day of February, 2022.

/s/ *Anna Stewart Whites*
_____
Anna Stewart Whites