UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| ANDREW COOPERRIDER, *et al.*, | ) | |
| Plaintiffs | ) ) ) | Civil No. 3:21-cv-00012-GFVT |
| V. | ) ) | |
| MELISSA BYBEE-FIELDS, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Parties' Proposed Agreed Order [R. 36.] By agreement, Defendant Bybee-Fields will "hold taxing of fines or costs against Glowgower/Grand Jurors and Mike and Carol VanWinkle […] during the pendency of this action." *Id.* And in return, Plaintiffs "agree to hold any request for injunctive relief […] in abeyance." *Id.* Having reviewed the agreed order, the Court **ORDERS** as follows:

1. Parties' Agreed Order [R. 36] is **GRANTED**;

2. Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction [R. 3] is **DENIED WITHOUT PREJUDICE**.

This the 25th day of February, 2022.

Gregory F. Van Tatenhove
United States District Judge