UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| KEVIN GLOWGOWER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 3:21-cv-00012-GFVT |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| MELISSA-BYBEE FIELDS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

Pursuant to the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. No later than **thirty (30) days** from the date of entry and service of this order, counsel for the parties shall conduct the meeting of parties required by Rule 26(f) to discuss the possibilities for a prompt settlement or resolution of the case and to develop a proposed discovery plan. The parties are directed to note the various amendments to the Federal Rules of Civil Procedure effective December 1, 2015, and to develop a discovery plan consistent with the new changes.

2. At the time of the meeting, counsel for the parties shall exchange the disclosures required by Rule 26(a)(1) and, in the future, shall make supplemental disclosures when required by Rule 26(e).

3. No later than **ten (10) days** after the meeting, counsel for the parties shall file a written joint report outlining the proposed discovery plan. **This report shall conform to Federal Rules of Civil Procedure Appendix Form 52**, and shall include the following information:

    (a) the parties' views and proposals required by Rule 26(f);

(b)     the length of time counsel reasonably believe will be necessary to join other parties and to amend the pleadings;

(c)     the length of time counsel reasonably believe will be necessary to file dispositive motions;

(d)     the length of time counsel reasonably believe will be necessary to complete all pretrial discovery, including expert witness discovery;

(e)     the length of time counsel reasonably believe will be necessary for the parties to make the expert disclosures required by Rule 26(a)(2), with these disclosures to be made during the pretrial discovery phase of the case;

(f)     the probable length of trial and whether there will be issues to submit to a jury;

(g)     the dates that are mutually convenient with counsel to assign this case for trial and final pretrial conference.  Absent good cause shown the Court will schedule the Final Pretrial Conference date no sooner than ninety (90) days after the date ordered for the filing of dispositive motions, with the Trial following two (2) weeks after the Final Pretrial Conference.

(h)     whether the parties desire a scheduling conference before entry of a scheduling order; and

(i)     **whether the parties will consent to the jurisdiction of a magistrate judge for all further proceedings, including trial, pursuant to 28 U.S.C. § 636(c).  Consent forms are attached to this Order and forms signed by all parties' counsel should be filed by no later than the date counsels' joint status report is due.  If all parties by counsel so consent, the Clerk of Court**

**shall re-assign this matter to the appropriate Magistrate Judge without the necessity of further order of the Court. LR 73.1(c)**.

4. In the event this matter involves a corporation or partnership, the party is directed to advise the Court at the time of the submission of the parties' joint report of all parent corporations, subsidiaries, affiliates, members and/or partners with which it is associated.

This the 25th day of February, 2022.

Gregory F. Van Tatenhove
United States District Judge