**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

| | | |
|---|---|---|
| **COOPERRIDER, et al** | ) | |
| *Plaintiffs*, | ) ) ) | |
| | ) | Case No. 3:21-cv-00012-GFVT |
| v. | ) ) | |
| **BESHEAR, et al.** | ) ) | |
| *Defendants*. | ) | |

_____

**PARTIES' JOINT RULE 26(f) REPORT**

Come the parties, by counsel, and hereby advise the Court that the parties conferred by phone on March 18, 2022, 2022, pursuant to Fed. R. Civ. P. 26(f) and have agreed to the following discovery plan:

1. The following persons participated in a Rule 26(f) conference on March 18, 2022 by telephone:

    A. For Plaintiff Bybee-Fields:  Greg Woosley

    B. For Defendants Glogower/VanWinkle:  Anna Whites

2. **Pre-Discovery Disclosures:**  The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by April 8, 2022.

3. **Discovery Plan:** The parties jointly propose to the Court the following discovery plan:

    A. Without limiting the scope of discovery that may be needed, and with each party reserving the right to seek all discovery relevant to the claims and issues, discovery will be needed on the following principal subjects:

        i. Underlying basis for the claim for costs/fees;

      ii.      Issues raised by the parties during the hearing process;

      iii.     Rights and duties of witnesses in the proceedings below;

      iv.     The rationale for the claimed costs and fines claimed by Plaintiff; and

      v.      The applicability of the demand to the parties.

B.    Dates for commencing and completing discovery:

      i.      The parties agree that discovery commences upon the date of serving their respective pre-discovery disclosures, April 8, 2022.

      ii.     **Discovery deadlines.** The parties shall complete discovery within thirty (30) days of serving their respective pre-discovery disclosures.

      iii.     Expert witness reports and discovery deadlines:

          a.     Each party shall disclose the identity of expert witnesses who may be used at trial and written reports by the expert witnesses as required by Rule 26(a)(2) as to any claims or contentions on which that party bears the burden of proof at trial.

C.    <u>Maximum Number of Interrogatories</u>: Each party may serve up to 25 interrogatories per Rule 33(a)(1).

D.    <u>Maximum number of requests for admission</u>: Except for requests for admission aimed solely at establishing the authenticity and/or admissibility of documents or testimony at trial, the parties agree that each side shall be allowed up to 25 requests for admission.

E.    <u>Maximum number of depositions for each party</u>: The parties agree that no modification to the number of depositions and process for seeking additional depositions set forth in Fed. R. Civ. P. 30 is required.

F.    <u>Limits on the length of depositions, in hours</u>: The parties agree that each deposition is limited to 7 hours on the record, unless extended by agreement of the parties or court order, in which case the parties agree a deposition will be limited to 7 hours on the record per each day of deposition.

  G. A Fed. R. Civ. P. 16 scheduling conference should be set by this Court.

4. **Other issues**.

  A. The parties have discussed settlement in the past, and agree that settlement cannot be evaluated at this time.

  B. The parties consent to referral to the Magistrate Judge.

  C. Initial dispositive motions by either party shall be filed by July 15, 2022. Responses shall be filed on or before August 15, 2022. Replies shall be filed on or before August 30, 2022.

  D. Final list of witnesses and exhibits under Rule 26(a)(3) shall be due from the parties on September 5, 2022.

  E. Any objections to a party's final list of witnesses and exhibits under Rule 26(a)(3) shall be made by September 15, 2022.

  F. The case should be ready for trial by September 30, 2022. The parties expect the trial to take 2 business days.

AGREED TO BY:
/s/ *Anna Stewart Whites*
_____
Anna Stewart Whites
327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373 (office)
**Annawhites@aol.com**

/s/ *Gregory A. Woosley*
_____
Gregory A. Woosley
General Counsel
Legislative Research Commission
700 Capitol Avenue, Room 300
Frankfort, KY 40601
(502) 564-8100, ext. 731
Greg.woosley@lrc.ky.gov