UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| KEVIN GLOGOWER, as representative For the Breona Taylor Grand Jurors, *et al.*, <br><br>  Plaintiffs <br><br> v. <br><br> MELISSA BYBEE-FIELDS, in their official capacity, *et al* <br><br>  Defendants. | CASE NO. 3:21-cv-00012-GFVT |

## NOTICE OF FILING OF PLAINTIFFS FIRST SET OF DISCOVERY REQUESTS TO DEFENDANTS

\*\*\*\*

The Court and parties will take note that on this date the Plaintiffs filed their first set of discovery requests on Defendants herein as well as Plaintiffs' 26a disclosures. The foregoing was filed on counsel for Defendants electronically and via USPS.

Respectfully submitted,

/s/*Anna Stewart Whites*
Anna Stewart Whites
327 Logan Street
Frankfort KY 40601
(502) 352-2373
Annawhites@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, a copy of the foregoing discovery requests were filed electronically on counsel for Defendants. Notice of this filing is filed by operation of the Court's CM/ECF system to all parties or their counsel indicated on the electronic filing receipt.

*Anna Stewart Whites*
Attorney for Plaintiffs