UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:21-cv-00012-EBA

KEVIN GLOWGOWER *et al.*,                                                                                     PLAINTIFFS,

V.                                                                **ORDER**

MELISSA BYBEE-FIELDS *et al.*,                                                                        DEFENDANTS.

*** *** *** ***

This matter comes before this Court upon referral by District Court Judge Van Tatenhove for all further proceedings including trial and entry of judgment. [R. 42]. This Court, having reviewed the joint report filed following the parties' Fed. R. Civ. P. 26(f) planning meeting, [R. 41], upon its own Motion, and being duly and sufficiently advised,

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, **IT IS ORDERED** as follows:

1. The parties shall exchange Fed. R. Civ. P. 26(a)(1) disclosures by **Friday, April 15, 2022**. The parties shall timely exchange supplemental information as required by Fed. R. Civ. P. 26(e).

2. The plaintiff shall file any motion to join parties or amend pleadings by **Friday, April 22, 2022**. The defendants shall file any motion to join parties or amend pleadings by **Friday, April 29, 2022**.

3. No later than **Wednesday, June 1, 2022**, counsel for the parties shall complete all fact and expert discovery. This deadline means, as relevant, service of written discovery calculated to secure a response by and compliant with the deadline.

4. Per Fed. R. Civ. P. 26(a)(2), no later than **Wednesday, June 15, 2022**, the plaintiff shall disclose the identity of expert witnesses who may be used at trial, accompanied by written reports signed by the Fed. R. Civ. P. 26(a)(2)(B) expert witness and/or written summaries consistent with Fed. R. Civ. P. 26(a)(2)(C), as applicable, all in compliance with the rule. The same is required by the defendant no later than **Wednesday, June 29, 2022**. These disclosures need not be filed in the Court record.

5. No later than **Friday, July 15, 2022**, counsel for the parties shall file all dispositive and *Daubert* motions. Responses shall be filed on or before **Monday, August 15, 2022**. Replies shall be filed on or before **Tuesday, August 30, 2022**.

6. No later than **Monday, September 5, 2022,** counsel shall file with the Clerk and provide to opposing counsel a copy of the following, each to be filed as a separate document:

    A. Pursuant to and in compliance with Fed. R. Civ. P. 26(a)(3)(A), a witness list with a brief summary of the expected testimony of each witness; pursuant to and in compliance with Fed. R. Civ. P. 26(a)(3)(A)(ii), the witness list shall include the designation of those witnesses whose testimony is expected to be presented by deposition with references to the pages and the questions to be presented; and, if the deposition was not taken stenographically, a transcript of the pertinent portions of the deposition testimony shall be attached to the witness list;

    B. Pursuant to and in compliance with Fed. R. Civ. P. 26(a)(3)(A)(iii), a list of appropriately identified exhibits intended to be used or potentially used at trial. The exhibit list shall be filed separately and contain a description of each exhibit in sufficient detail to permit adequate identification thereof, and shall include a list of any demonstrative and/or summary exhibits to be used at trial (including any to be used during opening statements). Counsel shall pre-mark all exhibits in accord with Rule

83.10 of the Joint Local Rules for the United States District Courts of the Eastern and Western Districts of Kentucky, with numbers in the order expected to be introduced at trial, and shall provide to opposing counsel copies of all such exhibits and of all demonstrative aids intended to be used at trial;

C. A pretrial memorandum containing a succinct statement of the facts of the case, the questions of fact, the questions of law, expected evidentiary objections, a list of all pending motions, the status of settlement negotiations and the likelihood of settlement, and the feasibility of alternative dispute resolution. Comments regarding the feasibility of alternative dispute resolution shall include the views of the parties on the method of resolution (i.e., mediation, arbitration, settlement conference, etc.); and

D. A copy of the agreed proposed jury instructions on the substantive law of the case, with supporting authorities. If the parties cannot agree on certain instructions, counsel shall file with the Clerk and shall provide a copy to opposing counsel of their separately proposed instructions with supporting authorities. At the time of the pretrial conference, counsel shall submit an agreed and neutral statement of the case presented suitable for reading to the prospective jurors on *voir dire*.

7. No later than **Thursday, September 15, 2022**, counsel shall file with the Clerk and provide to opposing counsel a copy of any motions in *limine* and detailed objections to the use of any witness, document, or thing identified pursuant to Fed. R. Civ. P. 26(a)(3). A party objecting to particular evidence must, if salient to the objection, provide the Court with a copy of the evidence concerned. Objections not then disclosed, other than objections based on Fed. R. of Evid. 402 and 403, shall be deemed waived unless excused by the Court for good cause shown. By this date, counsel shall also file any motions for ruling by the Court upon any objection made in any evidentiary deposition to be used at trial on which ruling

by the Court is necessary prior to trial. Any objection within any deposition which is not so raised specifically (by citation to page number and question number) for ruling by the Court shall be deemed to be summarily overruled. Each party shall fully respond to motions in *limine* and objections by no later than **Monday September 19, 2022**.

8. This action is assigned for a **Final Pretrial Conference** on **Monday, September 26, 2022, at 10:00 a.m.** at the **United States Courthouse in Frankfort**. The attorneys who will be trying this action shall be present at the Final Pretrial Conference along with the parties.

9. At the Final Pretrial Conference, counsel for the parties shall be prepared to:

   A. Display to the Court all exhibits intended to be used at trial, which shall already be pre-marked in accordance with Local Rule 83.10 and numbered in the order in which they will be offered at trial, and provide a court copy of all documentary exhibits;

   B. Advise the Court that they have displayed to opposing counsel all exhibits which may be used at trial, including any demonstrative or summary exhibits;

   C. Discuss and make possible stipulations of admissibility, or threshold foundation requirements for admissibility of exhibits, including authenticity; as well as discuss and make stipulations of fact or law which would expedite the trial of this action;

   D. Confirm ability to use the court's visual presentation system for any exhibit that will be discussed by a witness or utilized during opening or closing statements; and

   E. Discuss the possibility of settlement.

10. No later than **seven (7) working days** prior to the trial of this action, counsel shall submit to the Court's Chambers a copy of each documentary exhibit.

11. This action is assigned for **Trial by Jury** on **Monday, October 3, at 10:00 a.m.** at the **United States Courthouse in Frankfort**. Counsel shall be in court at **9:30 a.m.** The anticipated length of trial is **two (2) days**.

Signed April 13, 2022



Signed By:
*Edward B. Atkins*  *EBA*
United States Magistrate Judge