UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| KEVIN GLOGOWER, as representative For the Breonna Taylor Grand Jurors, *et al.*, </br></br>    Plaintiffs </br></br>v. </br></br>MELISSA BYBEE-FIELDS, in their official capacity </br></br>    Defendant | CASE NO. 3:21-cv-00012-GFVT |

## REQUEST FOR MAGISTRATE CONFERENCE REGARDING DISCOVERY ISSUES

\*\*\*\*

Come the Plaintiffs, by counsel, and hereby request that the Magistrate conduct a conference or hearing regarding the parties' discovery dispute.

Discovery production by Defendant was woefully inadequate. On May 16, 2022, counsel for Plaintiffs provided the attached letter to defense counsel outlining the Plaintiffs' concerns.

At the request of counsel for Plaintiffs, the parties had a telephonic meet and confer during which counsel for Defendant agreed to supplement and/or clarify responses. That meet and confer took place on 5/23/22. Defendant agreed to clarify and supplement her responses.

The discovery deadline is tomorrow, 6/1/22, and no clarification or response has been provided by Defendant.

This matter is a matter of great public concern, addressing penalties improperly imposed by the government on taxpayers and voters who requested review of unlawful behaviors by the

Attorney General and a legislator. The case also involves the disparate treatment by Defendant of the Plaintiff who was a white, financially secure Republican candidate for office, who was released from the action, and the Defendants who were racially diverse, low-income Democratic voters/taxpayers, who were not released from the action.

      Plaintiffs would ask that this Court order a conference or discussion between the Court and the parties to resolve Defendant's failure to respond fully to discovery.

Respectfully submitted,

/s/*Anna Stewart Whites*
Anna Stewart Whites
327 Logan Street
Frankfort KY 40601
(502) 352-2373
Annawhites@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022, a copy of the foregoing was filed electronically on counsel for Defendants. Notice of this filing is filed by operation of the Court's CM/ECF system to all parties or their counsel indicated on the electronic filing receipt.

*Anna Stewart Whites*
Attorney for Plaintiffs