UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| KEVIN GLOGOWER, as representative For the Breonna Taylor Grand Jurors, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br><br> MELISSA BYBEE-FIELDS, in their official capacity <br><br> Defendant | ) ) ) ) ) ) ) CASE NO. 3:21-cv-00012-GFVT ) ) ) ) ) ) ) |

## ORDER FOR MAGISTRATE CONFERENCE REGARDING DISCOVERY ISSUES

\*\*\*\*

Come the Magistrate in this action and hereby ORDERS that the parties appear for a conference with the Court on the _____ day of _____, 2022 regarding the parties' discovery dispute.


This the _____ day of _____, 2022


_____

Edward Atkins, Magistrate Judge, Eastern District of Kentucky