UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| KEVIN GLOGOWER, as representative For the Breonna Taylor Grand Jurors, *et al.*, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | CASE NO. 3:21-cv-00012-GFVT |
| MELISSA BYBEE-FIELDS, in their official capacity | ) ) ) ) | |
| Defendant | ) | |

## NOTICE OF FILING PROPOSED ORDER IN RESPONSE TO REQUEST FOR MAGISTRATE CONFERENCE REGARDING DISCOVERY ISSUES

\*\*\*\*

Come the Plaintiffs, by counsel, and hereby file a PROPOSED ORDER on the request that the Magistrate conduct a conference or hearing regarding the parties' discovery dispute.

Respectfully submitted,

/s/ *Anna Stewart Whites*
Anna Stewart Whites
327 Logan Street
Frankfort KY 40601
(502) 352-2373
Annawhites@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022, a copy of the foregoing was filed electronically on counsel for Defendants. Notice of this filing is filed by operation of the Court's CM/ECF system to all parties or their counsel indicated on the electronic filing receipt.

*Anna Stewart Whites*
Attorney for Plaintiffs