UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| KEVIN GLOGOWER, as representative For the Breonna Taylor Grand Jurors, *et al.*, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) ) | CASE NO. 3:21-cv-00012-GFVT |
| MELISSA BYBEE-FIELDS, in their official capacity | ) ) ) ) | |
| Defendant | ) | |

## ORDER FOR MAGISTRATE CONFERENCE REGARDING DISCOVERY ISSUES

\*\*\*\*

Come the Magistrate in this action and hereby ORDERS that the parties appear for a conference with the Court on the _____ day of _____, 2022 regarding the parties' discovery dispute.

This the _____ day of _____, 2022

_____

Edward Atkins, Magistrate Judge, Eastern District of Kentucky