UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:21-cv-00012-EBA

KEVIN GLOWGOWER *et al*.,                                        PLAINTIFFS,


V.                                    **ORDER**


MELISSA BYBEE-FIELDS *et al*.,                                  DEFENDANTS.


\*\*\* \*\*\* \*\*\* \*\*\*

This matter comes before the Court on the Plaintiffs' Request for Magistrate Conference Regarding Discovery. [R. 48]. The Defendants have responded and indicate that they do not object to holding a conference regarding discovery. [R. 50]. Having considered the motion, and being sufficiently advised,

**IT IS ORDERED** that this matter shall come before the Court for a telephonic status conference call to appear **ON THE RECORD**, in **Pikeville**, on **Tuesday, June 7, 2022, AT 2:00 P.M**. The parties' counsel shall access the conference by calling AT&T Teleconferencing at 877-336-1839; entering the access code 4162817 (followed by #); and, when requested, entering the security code 0244 (followed by #).

Signed June 2, 2022



Signed By:
*Edward B. Atkins*
**United States Magistrate Judge**