UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:21-cv-00012-EBA

KEVIN GLOWGOWER *et al.*,                                                                 PLAINTIFFS,

V.                                              **ORDER**

MELISSA BYBEE-FIELDS *et al.*,                                                          DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

Upon the Court's own motion,

**IT IS ORDERED** that the telephonic status conference in this matter, [R. 51], is hereby **RESCHEDULED**. This matter shall come before the Court for a telephonic status conference call to appear **ON THE RECORD**, in **Pikeville**, on **Friday, June 10, 2022, AT 8:30 A.M**. The parties' counsel shall access the conference by calling AT&T Teleconferencing at 877-336-1839; entering the access code 4162817 (followed by #); and, when requested, entering the security code 0244 (followed by #).

Signed June 6, 2022



Signed By:
*Edward B. Atkins* EBA
United States Magistrate Judge