UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT PIKEVILLE
CIVIL MINUTES-TELEPHONE CONFERENCE

**Case No.** 3:21-cv-12-EBA          **At:** Pikeville          **Date:** June 10, 2022

**Style:** Kevin Glowgower, et al v. Melissa Bybee-Fields

**PRESENT: HON. EDWARD B ATKINS, MAGISTRATE JUDGE**

I, Tara Adkins, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. KYED-PIK__3-21-cv-12_20220610_082953

**PROCEEDINGS:     TELEPHONE CONFERENCE**

Counsel Present for Plaintiffs:          Anna S. Whites

Counsel Present for Defendant:          Gregory Allen Woosley

This matter having come before the court to discuss a discovery dispute. Court having heard the parties, and being duly advised, IT IS HEREBY ORDERED as follows:

1. Counsel for the plaintiffs shall file any motion to compel by Friday, June 17, 2022. The response and reply deadlines shall be due in accordance with the time set by the local rules of this Court. Parties may file a motion to expedite the Court's ruling if they deem necessary.

This the 10th day of June, 2022.



Signed By:
Edward B. Atkins    EBA
United States Magistrate Judge

Copies: COR
Deputy Clerk's Initials: TDA
TIC: 0/19