**COMMONWEALTH OF KENTUCKY**
**OFFICE OF THE ATTORNEY GENERAL**

DANIEL CAMERON
ATTORNEY GENERAL

CAPITOL BUILDING, SUIT[E]
700 CAPITAL AVENU[E]
FRANKFORT, KENTUCKY 4[0601]
(502) 696-5300
FAX: (502) 564-289[9]

March 9, 2021

Members of the 2021 Regular Session Impeachment Committee
c/o Representative Jason Nemes
702 Capital Avenue
Frankfort, Kentucky 40601
(*via email to* Elishea.Schweickart@lrc.ky.gov)

    RE:    Response to Committee's request for reconsideration of a bill of costs

Dear Members:

    On February 23, 2021, the Committee issued a report finding that the impeachment petition filed against the Attorney General was without merit. The report recommended that the House of Representatives take no further action. As relevant here, the report also asked the Office of the Attorney General (the "Office") "to submit a bill of costs . . . which will be taxed to the Petitioners unless objected to within five business days of its submission to this Committee."

    In response, the Office wrote on March 3 that although it respected the Committee's decision to seek costs pursuant to KRS 63.070, this Office had "decided not to seek reimbursement of our costs and further prolong matters related to these proceedings. We will move on." On March 5, the Committee wrote to request that the Office reconsider its decision not to submit a bill of costs.

    We appreciate the Committee's request for reconsideration, and we do not begrudge it for charging its costs. Assessing costs against those who file baseless impeachment petitions serves the important purpose of deterring future baseless petitions. But after careful consideration, the Office respectfully declines to submit a bill of costs.

    There is no doubt that the purpose of filing the petition was an attempt to inflict political damage rather than achieve a legal result, and we know the playbook