UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| KEVIN GLOGOWER, as representative For the Breonna Taylor Grand Jurors, *et al.*, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) ) | CASE NO. 3:21-cv-00012-GFVT |
| MELISSA BYBEE-FIELDS, in their official capacity, *et al* | ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO COMPEL

****

Comes the Court, having heard the parties' arguments and reviewed the motion and memoranda of law, and hereby finds that the Defendant did not comply with discovery rules and is compelled to answer in full all discovery requests, to provide specific citation to any privilege claimed, and to include a privilege log for any documents claimed to be privileged. Further, the Court orders reinstatement of the files of the impeachment committee, in full, on the Legislative Research Commission website.

This the _____ day of _____, 2022.

_____
Magistrate Judge Edward Atkins