UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

KEVIN GLOGOWER, *et al.*,                    )
                                             )
      Plaintiffs                         )
                                             )
v.                                           )          CASE NO. 3:21-cv-00012-GFVT
                                             )
                                             )
MELISSA BYBEE FIELDS, in their official      )
capacity, *et al.*                           )
                                             )
      Defendants.                        )

## MOTION TO DISMISS

**\*\*\* \*\*\* \*\*\* \*\*\***

Comes the Defendant, Melissa Bybee-Fields, by counsel, and hereby moves to dismiss

this action pursuant to Fed. R. Civ. P. 12(b)(1) & (6) for lack of subject matter jurisdiction and

failure to state a claim.  A memorandum of law and proposed order are attached.


                                  Respectfully submitted:


                                    /s/  Greg Woosley_____ _____
                                    Gregory A. Woosley (91428)
                                    General Counsel
                                    Legislative Research Commission
                                    Capitol, Room 300
                                    700 Capitol Avenue
                                    Frankfort, Kentucky  40601
                                    Telephone:    (502) 564-8100
                                    Fax:          (502) 564-6543
                                    Email:         greg.woosley@lrc.ky.gov

                                    *Counsel for Defendant,*
                                    *Melissa Bybee-Fields*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2022, a copy of the foregoing Motion to Dismiss was filed with the court, service of which will be sent by operation of the Court's CM/ECF system to all parties or their counsel indicated on the electronic filing receipt.  Parties may access the filing through the Court's CM/ECF system.

/s/ Greg Woosley_____
Gregory A. Woosley