UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| KEVIN GLOGOWER, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CASE NO. 3:21-cv-00012-GFVT |
| ) | |
| ) | |
| MELISSA BYBEE FIELDS, in their official ) | |
| capacity, *et al.* ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

This matter having come before the Court on the Motion to Dismiss filed by the Defendant, Melissa Bybee Fields, and the Court having reviewed the Motion and being sufficiently advised, it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED**. This action is hereby **DISMISSED WITH PREJUDICE**.

_____
Edward B. Atkins
U.S. Magistrate Judge, Eastern District of Kentucky