UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| KEVIN GLOGOWER, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CASE NO. 3:21-cv-00012-GFVT |
| | ) | |
| | ) | |
| MELISSA BYBEE FIELDS, in their | ) | |
| official capacity, et al | ) | |
| | ) | |
| Defendants | ) | |

**ORDER DENYING MOTION TO DISMISS**

\*\*\*\*

Comes the Court, having reviewed the arguments of the parties and being otherwise sufficiently informed, and hereby DENIES the Defendant's Motion to Dismiss.

This the _____ day of _____, 2022.

_____
Judge, Eastern District of Kentucky