UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| KEVIN GLOGOWER, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CASE NO. 3:21-cv-00012-GFVT |
| | ) | |
| | ) | |
| MELISSA BYBEE FIELDS, in her | ) | |
| official capacity, et al | ) | |
| | ) | |
| Defendants | ) | |

## PLAINTIFFS' PROPOSED WITNESS LIST

\*\*\*\*

Come the Plaintiffs, in accordance with this Court's Scheduling Order, and provide the following Proposed Witness List:

1. Defendant Bybee-Fields, who will testify regarding her actions against Plaintiffs in these proceedings;

2. All witnesses listed by Defendant;

3. Any witness necessary to rebut testimony from Defendant or Defendant's witnesses;

4. Mike VanWinkle, who will testify regarding his filing of the impeachment petition and the stress he and his family have been under since being singled out by Defendant for the charging of costs;

5. Kevin Glogower, on behalf of the Taylor Grand Jurors, who will testify regarding his filing of the impeachment petition and the stress those individuals have been under since being singled out by Defendant for the charging of costs;

6. Kelly Smith, who will testify regarding her filing of the impeachment petition and the decision of Defendant not to charge her with fines and costs;

7. Andrew Cooperrider, who will testify regarding his filing of the impeachment petition and the decision of Defendant not to charge him with fines and costs;

8. Josh Douglas, who will testify regarding who asked him to speak to the legislative committee and the public on the impeachment, why he was chosen, what his directions were, and why he refused to speak to Plaintiffs before, during or after his testimony. Professor Douglas will also be asked why he sent a massive bill charging $420 per hour to Kentucky citizens with whom he shares no professional relationship, and why this invoice has not yet been withdrawn.

9. Paul Salamanca, who will testify regarding who asked him to speak to the legislative committee and the public on the impeachment, why he was chosen, what his directions were, and what he based his testimony on; Professor Salamanca will also be asked why he sent a massive bill charging $420 per hour to Kentucky citizens with whom he shares no professional relationship, and why this invoice has not yet been withdrawn.

Plaintiffs reserve the right to supplement this list based upon any supplemental discovery production by Defendants.

Respectfully submitted,

*Anna Stewart Whites*

ANNA STEWART WHITES
Attorney at Law
327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373/FAX 352-6860
AnnaWhites@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2022, a copy of the foregoing was filed electronically on counsel for Defendants. Notice of this filing will be served on the Court's CM/ECF

*Anna Stewart Whites*
Counsel for Plaintiffs