UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| KEVIN GLOGOWER, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CASE NO. 3:21-cv-00012-GFVT |
| | ) | |
| | ) | |
| MELISSA BYBEE FIELDS, in their | ) | |
| official capacity, et al | ) | |
| | ) | |
| Defendants | ) | |

## STATEMENT REGARDING PARTIES' PROPOSED JURY INSTRUCTIONS

****

Come the Plaintiffs, by counsel, and request that the Court grant them an additional five (5) days in which to confer on proposed jury instructions. Those will be filed on or about 9/9/22. Counsel for the Plaintiff has proposed this extension to counsel for Defendants, and requests that the Court permit same.

Respectfully submitted,

*Anna Stewart Whites*

ANNA STEWART WHITES
327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373/FAX 352-6860
AnnaWhites@aol.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on September 5, 2022, a copy of the foregoing was filed electronically on counsel for Defendants. Notice of this filing will be served on the Court's CM/ECF

*Anna Stewart Whites*
Counsel for Plaintiffs