UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| KEVIN GLOGOWER, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CASE NO. 3:21-cv-00012-GFVT |
| ) | |
| ) | |
| MELISSA BYBEE FIELDS, in their official ) | |
| capacity, *et al.* ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S PROPOSED EXHIBIT LIST

Comes the Defendant, Melissa Bybee-Fields, by counsel, and in accordance with this Court's Scheduling Order, hereby provides the following Proposed Exhibit List, and states as follows:

At this time, the Defendant, Melissa Bybee-Fields, has not identified any relevant exhibits for trial because Clerk Bybee-Fields took no action against the Plaintiffs, and the Plaintiffs have no documents showing she has. To the extent the Plaintiffs produce exhibits indicating Clerk Bybee-Fields took some action against them, the documents that she may use to support her defense to the Plaintiffs' claims, which may or may not be in her custody or control and which may be protected by legislative immunity and privilege, are:

1. Any documents or other records necessary to rebut any evidence relied upon by the Plaintiffs.

The Defendant reserves the right to supplement this list based on any additional exhibits, documents, or other records, identified by the Plaintiffs, and with leave of the Court.

Respectfully submitted:

/s/ Greg Woosley_____
Gregory A. Woosley (91428)
General Counsel
Legislative Research Commission
Capitol, Room 300
700 Capitol Avenue
Frankfort, Kentucky  40601
Telephone:   (502) 564-8100
Fax:         (502) 564-6543
Email:       greg.woosley@lrc.ky.gov

*Counsel for Defendant,*
*Melissa Bybee-Fields*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 6, 2022, a copy of the foregoing Proposed Exhibit List was filed and sent by operation of the Court's CM/ECF system to all parties or their counsel indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

/s/ Greg Woosley_____
Gregory A. Woosley