UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| KEVIN GLOGOWER, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CASE NO. 3:21-cv-00012-GFVT |
| ) | |
| ) | |
| MELISSA BYBEE FIELDS, in their official ) | |
| capacity, *et al.* ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S PROPOSED WITNESS LIST

Comes the Defendant, Melissa Bybee-Fields, by counsel, and in accordance with this Court's Scheduling Order, hereby provides the following Proposed Witness List:

1. Defendant Melissa Bybee-Fields, who will testify regarding her lack of participation in the impeachment proceedings and that she has taken no action against any of the Plaintiffs;

2. John Does 1-3, the currently unnamed plaintiffs who submitted a petition of impeachment against Attorney General Daniel Cameron with the Kentucky House of Representatives, who will testify as to their lack of receipt of any communications by Clerk Bybee-Fields;

3. All witnesses listed by the Plaintiffs; and

4. Any witness necessary to rebut testimony from the Plaintiffs or the Plaintiffs' witnesses.

The Defendant reserves the right to supplement this list based on any additional fact witnesses identified by the Plaintiffs and with leave of the Court.

Respectfully submitted:

/s/ Greg Woosley

Gregory A. Woosley (91428)
General Counsel
Legislative Research Commission
Capitol, Room 300
700 Capitol Avenue
Frankfort, Kentucky 40601
Telephone: (502) 564-8100
Fax: (502) 564-6543
Email: greg.woosley@lrc.ky.gov

*Counsel for Defendant,*
*Melissa Bybee-Fields*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 6, 2022, a copy of the foregoing Proposed Witness List was filed and sent by operation of the Court's CM/ECF system to all parties or their counsel indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

    /s/ Greg Woosley_____
    Gregory A. Woosley