UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| KEVIN GLOGOWER, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CASE NO. 3:21-cv-00012-GFVT |
| | ) | |
| | ) | |
| MELISSA BYBEE FIELDS, in her official capacity, et al | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## PLAINTIFFS' PROPOSED EXHIBIT LIST

****

Come the Plaintiffs, by counsel, in accordance with the Scheduling Order entered by this Court, and provide the following list of proposed exhibits to be used at trial. All exhibits are in the possession of both parties currently.

1. Documents and pleadings from the Court file, including Defendant's discovery responses;

2. A copy of the complete file in the impeachment proceedings against Attorney General Cameron;

3. A copy of the complete file in the impeachment proceedings against Representative Robert Goforth.

4. Kentucky Statutes applicable to impeachment actions.

Respectfully submitted,

*Anna Stewart Whites*

ANNA STEWART WHITES
Attorney at Law
327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373/FAX 352-6860
AnnaWhites@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2022, a copy of the foregoing was filed electronically on counsel for Defendants. Notice of this filing will be served on the Court's CM/ECF

*Anna Stewart Whites*
Counsel for Plaintiffs