UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:21-CV-00012-EBA

KEVIN GLOWGOWER, *et al.*,                                                         PLAINTIFFS,

V.                                            **ORDER**

MELISSA BYBEE-FIELDS, *et al.*,                                                    DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Plaintiffs' motion for an additional five days to confer with the Defendant on proposed jury instructions. [R. 65]. The Defendant does not oppose this requested extension. Having fully considered the matter, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that Plaintiffs' motion for an extension of time [R. 65] is **GRANTED**.

1. The parties shall have through **Friday, September 9, 2022** to file proposed jury instructions.

Signed September 7, 2022.



Signed By:
*Edward B. Atkins*   EBA
**United States Magistrate Judge**