UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:21-CV-00012-EBA

KEVIN GLOWGOWER, *et al.*,                                                                                       PLAINTIFFS,

V.                                                         **ORDER**

MELISSA BYBEE-FIELDS, *et al.*,                                                                                  DEFENDANTS.

*** *** *** ***

In Plaintiffs' pretrial memorandum, filed in accord with this Court's Scheduling Order [R. 46 at pg. 3], they expressed a "willing[ness] to engage in meaningful settlement negotiations in a settlement conference[.]" [R. 64]. However, the Defendant did not file a pretrial memorandum. Therefore, on the Court's own motion,

**IT IS ORDERED** that this matter shall come before the Court for a telephonic conference call to appear **ON THE RECORD**, originating from **PIKEVILLE**, on **MONDAY SEPTEMBER 12, 2022**, at **10:00 A.M**. The parties' counsel shall access the conference by calling Microsoft Teams Audioconferencing at 606-371-5577 and entering the Phone Conference ID: 934 282 712 (followed by #).

Signed September 7, 2022.



Signed By:
*Edward B. Atkins*   *EBA*
**United States Magistrate Judge**