UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| KEVIN GLOGOWER, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CASE NO. 3:21-cv-00012-GFVT |
| ) | |
| ) | |
| MELISSA BYBEE FIELDS, in her ) | |
| official capacity, et al ) | |
| ) | |
| Defendants ) | |

## PARTIES ROUGH DRAFT JURY INSTRUCTIONS

\*\*\*\*

Come the parties, by counsel, and file the attached draft jury instructions reflecting edits. The parties have not been able to come to an agreement on all edits but will continue to work on those prior to the hearing scheduled before this Court on Monday.

Respectfully submitted,

*Anna Stewart Whites*

ANNA STEWART WHITES
Attorney at Law
327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373/FAX 352-6860
AnnaWhites@aol.com

CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2022, a copy of the foregoing was filed electronically on counsel for Defendants. Notice of this filing will be served on the Court's CM/ECF

*Anna Stewart Whites*
Counsel for Plaintiffs