UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| KEVIN GLOGOWER, *et al.*, )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>)<br>MELISSA BYBEE FIELDS, in their official )<br>capacity, *et al.* )<br>)<br>Defendants. ) | CASE NO. 3:21-cv-00012-GFVT |

## NOTICE OF FILING OF DEFENDANT'S SECOND SUPPLEMENTAL RESPONSE TO THE PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

The Court and parties will take note that on this date the Defendant, Melissa Bybee Fields, served upon the Plaintiffs her Second Supplemental Response to the Plaintiffs' First Set of Discovery Requests. The foregoing was served on counsel for the Plaintiffs electronically.

Respectfully submitted:

/s/ Greg Woosley
Gregory A. Woosley (91428)
General Counsel
Legislative Research Commission
Capitol, Room 300
700 Capitol Avenue
Frankfort, Kentucky 40601
Telephone: (502) 564-8100
Fax: (502) 564-6543
Email: greg.woosley@lrc.ky.gov

*Counsel for Defendant,*
*Melissa Bybee-Fields*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 9, 2022, a copy of the Defendant's Second Supplemental Response to the Plaintiffs' First Set of Discovery Responses was sent to Plaintiffs' counsel by electronic mail, and that notice of which was filed and sent by operation of the Court's CM/ECF system to all parties or their counsel indicated on the electronic filing receipt. Parties may access this notice filing through the Court's CM/ECF system.

                                          /s/ Greg Woosley_____
                                          Gregory A. Woosley