UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION - FRANKFORT
CIVIL MINUTES-TELEPHONE CONFERENCE

Case No. <u>3:21-cv-12-EBA</u>       At: <u>Pikeville</u>       Date: <u>September 12, 2022</u>

**Style:** <u>Kevin Glowgower, et al v. Melissa Bybee-Fields</u>

**PRESENT:  HON. <u>EDWARD B ATKINS</u>, MAGISTRATE JUDGE**

I, <u>Rita Bevins</u>, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. KYED-PIK__3-21-cv-12_20220912_095501

**PROCEEDINGS:    TELEPHONE CONFERENCE**

Counsel Present for Plaintiffs:        Anna S. Whites

Counsel Present for Defendant:        Gregory Allen Woosley

This matter having come before the court to discuss possibility of scheduling a settlement conference. Court having heard the parties, and being duly advised, IT IS HEREBY ORDERED as follows:

1. Court provided parties with dates that Magistrate Judge Matthew A. Stinnett would be available to conduct a settlement conference in Lexington, Kentucky.  Counsel is to confer regarding potential dates provided and advise the Court via email by close of business today which date will work for all parties.  Magistrate Judge Stinnett will issue any order regarding the settlement conference schedule and requirements.

2. The Final Pretrial Conference is **RESCHEDULED** as a **TELEPHONIC PRETRIAL CONFERENCE** to appear **ON THE RECORD**, originating from **PIKEVILLE**, on **THURSDAY, SEPTEMBER 29, 2022**, at **10:00 A.M.**  The parties' counsel shall access the conference by calling Microsoft Teams Audioconferencing at 606-371-5577 and entering the Phone Conference ID: 934 282 712 (followed by #).

3. The Defendant's request to set a dispositive motion deadline is DENIED for reasons stated on the record.

This the 12th day of September, 2022.



**Signed By:**
<u>Edward B. Atkins</u> *EBA*
**United States Magistrate Judge**

Copies: COR
Deputy Clerk's Initials:  <u>RB</u>
TIC: 0/10