UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at FRANKFORT**

| | |
|---|---|
| KEVIN GLOGOWER, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 3:21-cv-00012-EBA |
| MELISSA BYBEE-FIELDS, *et al.*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

This action is hereby scheduled for a settlement conference before the undersigned Magistrate Judge on **September 22, 2022, at 9:00 a.m.**, in Lexington.

Unless excused by the Court, clients or client representatives with authority to negotiate and consummate a settlement shall be in attendance at the settlement conference. In the case of a governmental or corporate entity, an authorized representative of the governmental entity or the corporation who has settlement authority is to be present. Under no circumstances will counsel of record be deemed to be the proper client representative for settlement purposes. Any insurance company that is a party or is contractually required to defend or indemnify any party, in whole or in part, must also have an authorized settlement representative present at the conference. Failure of any of the parties to personally appear will result in either dismissal or default being entered against them.

In preparation for and to facilitate the scheduled settlement conference, counsel for each party is to submit only to Stinnett_Chambers@kyed.uscourts.gov by **5:00 p.m. on September 16,**

**2022**, a confidential settlement statement, no longer than five (5) pages, that includes the following:

1. A brief statement of the facts giving rise to this action;
2. A description of the strongest and weakest points in your case and in your opponent's case, both legal and factual;
3. Any major obstacle to settlement;
4. The name of each person participating in or attending the settlement conference on your behalf and certifying they have settlement authority; and
5. Any attached document(s) the parties believe is necessary for the Court to review prior to the settlement conference.

The confidential settlement statements and any documents requested and submitted for the settlement conference will be maintained in chambers and will be destroyed after the conference. The documents will not be shared with opposing counsel.

Entered this the 12th day of September, 2022.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY