UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| KEVIN GLOGOWER, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CASE NO. 3:21-cv-00012-GFVT |
| ) | |
| ) | |
| MELISSA BYBEE FIELDS, in her official ) | |
| Capacity as Clerk of the Kentucky ) | |
| House of Representatives ) | |
| ) | |
| Defendant. ) | |

## PROPOSED ORDER ON DEFENDANT'S MOTIONS IN LIMINE

This matter having come before the Court on the Defendant's Motions In Limine, and the Court being otherwise sufficiently advised, it is hereby ORDERED that the Defendant's Motions are GRANTED, and this matter will be conducted as a bench trial, and, as relevant, the Plaintiffs are prohibited from introducing evidence, and the Defendant is permitted to introduce evidence, related to:

1. Costs being taxed;

2. A clearly established right;

3. Testimony by an attorney on behalf of anonymous clients;

4. Rejected Settlement Offers;

5. Legislators;

6. Race, Ethnicity, Socio-Economic Status, and Political Affiliation;

7. Damages; and

8. Grand Jury Proceedings.

SO ORDERED this the _____ day of _____, 2022.

                                        _____
                                        Judge, United States District Court for the Eastern District of Kentucky