UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| **KEVIN GLOGOWER,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 3:21-CV-00012-EBA |
| | ) | |
| **MELISSA BYBEE-FIELDS,** *et al.*, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On September 22, 2022, the undersigned conducted a settlement conference, which began at 9:00 a.m. and continued until 11:00 a.m. Plaintiffs Kevin Glogower and John Does 1-3 were present via video and telephone, and Plaintiffs Carol and Michael VanWinkle were present, all with their counsel. Defendant Melissa Bybee-Fields was present with her counsel. The parties were unable to resolve the matter.

Entered this 22nd day of September, 2022.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY

TIC: 2/0